Decided July 8, 1996

## TRAVIS WALLACE *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 910 (AC 14875), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification for review.

*Jeffrey Brownstein*, in support of the petition.

*Robert T. Morrin*, assistant attorney general, in opposition.

Decided July 8, 1996